FILED
May 30, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHNESHA DENAE THOMPSON, ) <br> ) <br> Defendant. ) | Case No. 2:19-CR-00091-MCE-5 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHNESHA DENAE THOMPSON, Case No. 2:19-CR-00091-MCE-5, Charge 21 USC §§ 846, 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 200,000 (co-signed)

        ✔ Unsecured Appearance Bond to be secured by

        ___ Appearance Bond with 10% Deposit

        ✔ Appearance Bond with Surety Real Propery

        ___ Corporate Surety Bail Bond

    ✔ (Other)     With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on May 30, 2019 at 3:45 pm..

By _____
Deborah Barnes
United States Magistrate Judge