The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V<br><br>JOHNESHA THOMPSON | No. 2:19-cr-0091 TLN<br><br>**STIPULATION AND ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE TO DELETE SPECIAL CONDITION #10** |

  Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through her counsel of record, and Pretrial Services Officer Darryl Walker hereby stipulate as follows:

  1. On May 30, 2019 Defendant Johnesha Thompson was released on a $200, 000 bond by Magistrate Judge Debra Barnes. (PACER 50);

  2. At that time the Hon. Deborah Barnes issued Special Conditions of Release.  Those conditions included Special Condition 10, which reads:
> "You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;" (PACER 51).

  3.  Both the Government and Defense counsel have been notified by Pretrial Services

Officer Darryl Walker that Defendant Thompson's testing requirement be deleted due to her compliance with her drug conditions;

    4. Government counsel, David Spencer, has replied that he has no objection to this request;

    5. That the Special Conditions of Release issues by the Hon. Deborah Barnes on May 30, 2019 be amended to delete condition #10 (set forth above) and renumber conditions 11-13 to read as follows:

    1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

    2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

    3. You must reside at a location approved by the pretrial services officer and not move or Absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

    4. You must cooperate in the collection of a DNA sample;

    5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

    6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

    7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

    8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

    9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you

must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You must not associate or have any contact with any co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg  
Olaf W. Hedberg  
Attorney for Johnesha Thompson

/s/ David Spencer  
David Spencer  
Assistant United States Attorney

/s/ Darryl Walker  
Darryl Walker  
Pretrial Services Officer

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the May 30, 2019 Special Conditions of Release (PACER 50) issued by the Hon. Deborah Barnes be amended to delete condition 10 be deleted and a new Special Conditions of Release Order issue to read as follows:

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or Absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you

must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You must not associate or have any contact with any co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

IT IS SO ORDERED.

DATED: January 19, 2022              /s/ DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE