PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNESHA DENAE THOMPSON, <br><br> Defendant. | CASE NO. 2:19-CR-00091-DAD <br><br> STIPULATION TO CONTINUE JUDGMENT AND SENTENCING <br><br> DATE: June 20, 2023 <br> TIME: 9:30 a.m. <br> COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Johnesha Denae Thompson, by and through her attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for June 20, 2023, at 9:30 a.m., to January 23, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for June 20, 2023.
2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Nisha Modica and she agrees with this request.

3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to January 23, 2024, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Draft Presentence Report ("PSR") due no later than December 12, 2023; informal written objections to the Draft PSR due no later than December 26, 2023; Final PSR due no later than January 2, 2024; Formal Objections due no later than January 9, 2024; Reply or Statement of Non-Opposition due no later than January 16, 2024.

IT IS SO STIPULATED.

Dated:  June 16, 2023          PHILLIP A. TALBERT
                               United States Attorney

                               /s/ DAVID W. SPENCER
                               DAVID W. SPENCER
                               Assistant United States Attorney

Dated:  June 16, 2023          /s/ Olaf Hedberg
                               Olaf Hedberg
                               Counsel for Defendant
                               JOHNESHA DENAE THOMPSON

### ORDER

The date for Judgment and Sentencing is hereby continued from June 20, 2023, to January 23, 2024, at 9:30 a.m.  The Court adopts the following disclosure schedule: Draft Presentence Report ("PSR") due no later than December 12, 2023; informal written objections to the Draft PSR due no later than December 26, 2023; Final PSR due no later than January 2, 2024; Formal Objections due no later than January 9, 2024; Reply or Statement of Non-Opposition due no later than January 16, 2024.

IT IS SO ORDERED.

Dated:  **June 16, 2023**           _Dale A. Drozd_
                                    UNITED STATES DISTRICT JUDGE