PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNESHA DENAE THOMPSON,<br><br>Defendant. | CASE NO. 2:19-CR-00091-DAD<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: January 23, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Johnesha Denae Thompson, by and through her attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for January 23, 2024, at 9:30 a.m., to November 12, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for January 23, 2024.
2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Steven Davis and he agrees with this request.

3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to November 12, 2024, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Draft Presentence Report ("PSR") due no later than October 1, 2024; informal written objections to the Draft PSR due no later than October 15, 2024; Final PSR due no later than October 22, 2024; Formal Objections due no later than October 29, 2024; Reply or Statement of Non-Opposition due no later than November 5, 2024.

IT IS SO STIPULATED.

Dated: January 10, 2024                     PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ DAVID W. SPENCER
                                            DAVID W. SPENCER
                                            Assistant United States Attorney

Dated: January 10, 2024                     /s/ Olaf Hedberg
                                            Olaf Hedberg
                                            Counsel for Defendant
                                            JOHNESHA DENAE THOMPSON

## ORDER

The date for Judgment and Sentencing is hereby continued from January 23, 2024, to November 12, 2024, at 9:30 a.m.  The Court adopts the following disclosure schedule: Draft Presentence Report ("PSR") due no later than October 1, 2024; informal written objections to the Draft PSR due no later than October 15, 2024; Final PSR due no later than October 22, 2024; Formal Objections due no later than October 29, 2024; Reply or Statement of Non-Opposition due no later than November 5, 2024.

IT IS SO ORDERED.

Dated: **January 17, 2024**                 DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE