The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STAES OF AMERICA

V

JOHNESHA THOMPSON

Case Number: 2:19-CR-00091 DAD-5

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO MARCH 24, 2025**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Johnesha Denae Thompson, by and through her attorney of record, Olaf Hedberg, hereby move to continue the judgment and sentencing hearing currently scheduled for November 12, 2024, at 9:30 a.m. to March 24, 2025 at 9:30 am, based on the following:

1. By previous order, the judgment and sentencing hearing was set for January 23, 2024.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Steven Davis and he agrees with this request.

3. The parties and Officer Davis concur that the following Schedule of Disclosure be adopted:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition:   **03/17/2025**

B. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   **03/10/2025**

C. The Presentence Report shall be filed with the Court And disclosed to counsel no later than:   **03/03/2025**

D. Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than:   **02/24/2025**

E. The (draft) Presentence Report shall disclosed no later than:   **02/10/2025**

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg                                             /s/   David Spencer
Olaf W. Hedberg                                                 David Spencer
Attorney for Johnesha Thompson                  Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the November 12, 2024 sentencing hearing be continued to March 24, 2025, and the following Schedule of Disclosure be adopted:

A. Sentencing Memorandum & Reply or Statement of Non-Opposition:   **03/17/2025**

B. Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:   **03/10/2025**

C. The Presentence Report shall be filed with the Court And disclosed to counsel no later than:   **03/03/2025**

D. Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than:   **02/24/2025**

E. The (draft) Presentence Report shall disclosed no later than:   **02/10/2025**

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently scheduled for November 12, 2024, is continued to March 24, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **October 9, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE